DANA A. SUNTAG, State Bar Number: 125127
JOSHUA J. STEVENS, State Bar Number: 238105
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
3757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700/Facsimile: (209) 472-7986
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FILIBERTO VALENCIA, SR., and GRISELDA VALENCIA, individually and as successors in interest to FILIBERTO VALENCIA, JR., <br><br>         Plaintiffs, <br>    vs. <br><br> CITY OF STOCKTON, CHIEF ERIC JONES, SERGEANT DANA MOSHER, OFFICER KYLE AMANT, OFFICER JASON DIGIULIO, and DOES 1-50, inclusive, <br><br>         Defendants. | Case No.: 2:16-CV-02081-JAM-AC <br><br> **STIPULATION AND ORDER REGARDING RESPONSE DATE TO COMPLAINT** |

## RECITALS

   A.   On August 31, 2016, Plaintiffs filed this lawsuit.

   B.   Defendants' responsive pleading is currently due to be filed on or before September 30, 2016.

   C.   Counsel has very recently been retained to represent the Defendants. Defendants' Counsel has requested an extension of time of 28 days to respond to Plaintiffs' complaint. Plaintiffs' Counsel has agreed to this request.

   D.   Pursuant to Eastern District Local Rule 144(a), unless the filing date for a responsive pleading has been set by order of the Court (which is not the case here), an initial stipulation extending time for no more than 28 days to respond to a complaint may be filed without approval of the Court.

STIPULATION AND ORDER REGARDING
RESPONSE DATE TO COMPLAINT

E.    This is the first extension of time requested by Defendants to respond to Plaintiffs' Complaint.

STIPULATION

IT IS STIPULATED AND AGREED that the Defendants shall move, plead, or otherwise respond to Plaintiffs' Complaint by October 28, 2016.

Respectfully Submitted,

Dated: September 29, 2016    HERUM\CRABTREE\SUNTAG
A California Professional Corporation

By: */s/ Dana A. Suntag*
DANA A. SUNTAG
Attorneys for All Defendants
CITY OF STOCKTON, CHIEF ERIC JONES, SERGEANT DANA MOSHER, OFFICER KYLE AMANT, and OFFICER JASON DIGIULIO

WALKER, HAMILTON & KOENIG, LLP

Dated: September 29, 2016    By: */s/ Peter J. Koenig*
PETER J. KOENIG
Attorneys for All Plaintiffs
FILIBERTO VALENCIA, SR., and GRISELDA VALENCIA, individually and as successors in interest to FILIBERTO VALENCIA, JR.

ORDER

**IT IS SO ORDERED.**

DATED: 9/30/2016                               /s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

STIPULATION AND ORDER REGARDING
RESPONSE DATE TO COMPLAINT