UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIBERTO VALENCIA, SR., et al., | No. 2:16-cv-2081 JAM AC |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF STOCKTON, et al., | |
| Defendants. | |

On December 19, 2017, plaintiff filed a motion to compel. ECF No. 17. The parties have failed to file a Joint Statement re Discovery Disagreement or an affidavit at least seven (7) days before the scheduled hearing.

Local Rule 251(a) provides that a Joint Statement re Discovery Disagreement of an affidavit must be filed seven days preceding the noticed hearing date. The Local Rule further provides that "[t]he hearing may be dropped from the calendar without prejudice" if the required briefing is not timely filed. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of January 10, 2018 is CONTINUED to January 24, 2018, at 10:00 a.m. in Courtroom No. 26;

1

2. Counsel for both parties are cautioned that future failure to comply with the Local Rules will result in monetary sanctions.

IT IS SO ORDERED.

DATED: January 4, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE