Walter H. Walker, III (SBN 63117)
Peter J. Koenig (SBN 132437)
Beau R. Burbidge (SBN 267267)
WALKER, HAMILTON & KOENIG, LLP
50 Francisco Street, Ste. 460
San Francisco, CA 94133
Telephone: (415) 986-3339
Facsimile: (415) 986-1618

Attorneys for Plaintiffs FILIBERTO VALENCIA, SR.
and GRISELDA VALENCIA, individually and as
successors in interest to FILIBERTO VALENCIA, JR.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| FILIBERTO VALENCIA, SR. and GRISELDA VALENCIA, individually and as successors in interest to FILIBERTO VALENCIA, JR.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, CHIEF ERIC JONES, SERGEANT DANA MOSHER, OFFICER KYLE AMANT, OFFICER JASON DIGIULIO, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:16-CV-02081-JAM-AC<br><br>**INDEX OF PLAINTIFFS' EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Date: April 10, 2018**<br>**Time: 1:30 p.m.**<br>**Place: Courtroom 6, 14th Floor** |

Pursuant to the Court's order regarding filing requirements, plaintiffs submit the following index of exhibits filed in support of their opposition to defendants' motion for summary judgment:

| Exhibit | Description |
|---|---|
| A | Excerpts of Volume 1 of the deposition of Officer Jason DiGiulio |
| B | Officer Jason DiGiulio's Personnel File with cover letter |

| Exhibit | Description |
| --- | --- |
| C | Excerpts of Volume 2 of the deposition of Officer Jason DiGiulio |
| D | Excerpts of the deposition of Lieutenant Travis DiGiulio |
| E | Excerpts of the deposition of Officer Kyle Amant |
| F | Video and transcript of recorded interview of Officer Jason DiGiulio taken by the Stockton Police Department |
| G | Excerpts of the deposition of Sergeant Dana Mosher |
| G-1 | Stockton Police Department General Order No. Q-1c (Deployment of Tasers) |
| G-2 | Stockton Police Department General Order No. Q-Ik (Mechanical / Impact Devices) |
| H | Excerpts of the deposition of Chief Eric Jones |
| I | 12/01/15 Stockton Police Department General Order No. J-2, pertaining to the use of body cameras |
| J | Stockton Police Department General Order No. D-11 on "Handling the Mentally Ill" |
| K | Excerpts of the deposition of Filiberto Valencia, Sr. |
| K-1 | Excerpts of the deposition of Griselda Valencia |
| L | Excerpts of the deposition of Grisely Valencia |
| M | Excerpts of the deposition of Sharyl Teague |
| N | Excerpts of the deposition of Kim Washington |
| O | Excerpt of Stockton Police Report No. 16-2494 |
| P | Photograph of the rosary held by Filiberto Valencia, Jr. |
| Q | Transcript of the videotaped and recorded interview of Renee Brown |
| Q-1 | Table comparison of Renee Brown declaration and recorded and videotaped interview |
| Q-2 | Video of Renee Brown's recorded interview to Stockton Police Department |
| Q-3 | Transcript of recorded interview of Dawn Posas |
| R | Photograph of Office DiGiulio with his hands over his head |

| Exhibit | Description |
|---|---|
| S | Photograph of the bathroom wall covered in Filiberto Valencia's blood |
| T | Excerpts of the deposition of San Joaquin County Medical Examiner, Dr. Bennett Omalu |
| U | Photograph of Filiberto Valencia, Jr.'s depressed skull fracture |
| V | Photograph of Officer Amant's pant cuff |
| W | Photograph of Officer Amant's shoe |
| X | Excerpts of the deposition of pathologist Dr. Judy Melinek |
| Y | Photograph of Filiberto Valencia, Jr.'s face |
| Z | Photograph taken of Officer DiGiulio's face |
| AA | Stockton Police Department General Order Q-I on "Use of Force" |
| BB | Autopsy report written by Dr. Omalu |
| CC | Excerpts of the deposition of plaintiffs' police practices expert, Roger Clark |

DATED: March 27, 2018      WALKER, HAMILTON & KOENIG, LLP


By:    /s/ Walter H. Walker, III
        Walter H. Walker, III
        Attorney for Plaintiffs FILIBERTO VALENCIA, SR. and GRISELDA VALENCIA, individually and as successors in interest to FILIBERTO VALENCIA, JR.